MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH McCLAIN, | Case No. 2:19-cv-00807-MCE-AC |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER THEREON** |
| vs. | |
| TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK, N.A., | |
| Defendants. | |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Deborah McClain ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Plaintiff served the Complaint on May 3, 2019;

2. Defendant's deadline to respond to the Complaint was May 31, 2019;

3. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to June 28, 2019, and then again to postpone the response deadline to August 2, 2019, in order to explore settlement;

4. Plaintiff and Defendant are continuing to engage in settlement discussions and

jointly move to extend the response deadline to September 6, 2019.

IT IS SO STIPULATED.

DATED: August 2, 2019                   GALE ANGELO JOHNSON & PRUETT P.C.

By:     /s/ *Elliot Gale*
        Elliot Gale

Attorneys for Plaintiff DEBORAH McCLAIN

DATED: August 2, 2019                   SEVERSON & WERSON
                                                   A Professional Corporation

By:     /s/ *Alisa A. Givental*
        Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

## **ORDER**

Pursuant to the joint motion of plaintiff Deborah McClain and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to September 6, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE