MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH McCLAIN,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:19-cv-00807-MCE-AC<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT; ORDER THEREON** |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Deborah McClain ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

1. Plaintiff served the Complaint on May 3, 2019;

2. Defendant's deadline to respond to the Complaint was May 31, 2019;

3. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to June 28, 2019, then to August 2, 2019, and to September 6, 2019 in order to explore settlement;

4. Plaintiff and Defendant are continuing to engage in settlement discussions and jointly move to extend the response deadline to October 11, 2019.

IT IS SO STIPULATED.

DATED: Septmber 16, 2019  GALE ANGELO JOHNSON & PRUETT P.C.

By: */s/ Elliot Gale*
 Elliot Gale

Attorneys for Plaintiff DEBORAH McCLAIN

DATED: September 16, 2019  SEVERSON & WERSON
A Professional Corporation

By: */s/ Alisa A. Givental*
 Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

## ORDER

Pursuant to the joint motion of plaintiff Deborah McClain and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to October 11, 2019. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: September 25, 2019

 _____
 MORRISON C. ENGLAND, JR
 UNITED STATES DISTRICT JUDGE