| | |
|---|---|
| 1 | Katherine E Carlton Robinson, Esq.  (IN #31694-49) |
| 2 | *(admitted Pro Hac Vice)*<br>Schuckit & Associates, P.C. |
| 3 | 4545 Northwestern Drive<br>Zionsville, IN  46077 |
| 4 | Telephone: 317-363-2400<br>Fax: 317-363-2257 |
| 5 | E-Mail: krobinson@schuckitlaw.com |
| 6 | *Lead Counsel for Defendant Trans Union, LLC*<br>*Designated Counsel for Service* |
| 7 | |
| 8 | Eileen T. Booth, Esq. (CSB #182974)<br>Jacobsen & McElroy PC |
| 9 | 2401 American River Drive, Suite 100<br>Sacramento, CA  95825 |
| 10 | Telephone: 916-971-4100<br>Fax: 916-971-4150 |
| | E-Mail: ebooth@jacobsenmcelroy.com |
| 11 | *Counsel for Defendant Trans Union, LLC* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH McCLAIN,<br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and WELLS FARGO BANK, N.A.;<br>　　　　Defendants. | CASE NO. 2:19-cv-00807-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

　　　　Plaintiff Deborah McClain ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

|     |                            |                                                      |
|-----|----------------------------|------------------------------------------------------|
| 1   |                            | Respectfully submitted,                              |
| 2   |                            |                                                      |
| 3   | Date: October 15, 2019     | *s/ Joseph B. Angelo (with consent)*                 |

Date: October 15, 2019

*s/ Joseph B. Angelo (with consent)*
Joseph B. Angelo, Esq.
Gale Angelo Johnson & Pruett, P.C.
1430 Blue Oaks Blvd., Suite 250
Roseville, CA  95747
Telephone:  408-279-2288
Fax:  408-279-2299
E-Mail:  jangelo@gajplaw.com

*Counsel for Plaintiff Deborah McClain*

Date: October 15, 2019

*s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone: 916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-CV-00807-MCE-AC**

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiff Deborah McClain against Defendant Trans Union, LLC, only, are hereby dismissed, with prejudice. Plaintiff Deborah McClain and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE